

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIO LOPEZ-DUBON,<br><br>Petitioner,<br><br>v.<br><br>JOHN ARCHAMBEAULT, et al.,<br><br>Respondents. | Case No.:  26-cv-0316-BJC-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On October 20, 2025, Petitioner Jose Mario Lopez-Dubon, a citizen of Honduras who last entered the United States in February 2019, was detained by Respondents and he remains detained at the Otay Mesa Detention Center.  ECF No. 1 at 4.  Petitioner maintains the immigration court has taken the position it lacks jurisdiction to conduct a bond hearing in his case under the decision in *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025). *Id*. ¶¶ 31. On January 19, 2026, Petitioner filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his continued detention exceeds statutory authority and violates the due process clause of the United States Constitution.  ECF No. 1 at ¶¶ 52-54.

Respondents filed a response to the petition on January 30, 2026 in which they note that Petitioner is a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18,

2025), and the court entered final judgment as to the Bond Eligible Class on December 18, 2025. *See Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Respondents "acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing **no later than February 13, 2026**, and cannot deny bond at the hearing based on § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**IT IS SO ORDERED**.

Dated:  January 30, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-0316-BJC-AHG