**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JOSE MARIO LOPEZ DUBON,

Petitioner,

v.

JOHN ARCHAMBEAULT, et al,

Respondents.

Case No.: 26-cv-0316-BJC-AHG

**ORDER GRANTING JOINT MOTION TO DISMISS PETITIONER'S MOTION FOR ATTORNEY'S FEES [ECF NO. 18]**

Pending before the Court is a Joint Motion to Dismiss Petitioner's Motion for Attorneys' Fees. ECF No. 18. Good cause appearing, the Court **GRANTS** the Joint Motion (ECF No. 18) and **DISMISSES** with prejudice the pending Motion for Attorney's Fees (ECF No. 7). Each party to bear its own attorney's fees, costs, and expenses.

**IT IS SO ORDERED**.

Dated: August 20, 2026

Honorable Benjamin J. Cheeks
United States District Judge